STRUCK WIENEKE & LOVE, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@swlfirm.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
ethannelsonesq@gmail.com

Attorneys for Defendant CoreCivic

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jemy Attallah,<br><br>                                    Plaintiff,<br><br>             v.<br><br>United States of America, acting through its agencies; Customs and Border Protection; Doe Officers 1 through 20; inclusive; Immigration and Customs Enforcement; Doe Agents 1 to 20, inclusive; and Corrections Corporation of America, Inc., a Maryland corporation,<br><br>                                    Defendants. | NO. 3:17-cv-00554-MMA-AGS<br><br>**DEFENDANT CORECIVIC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:        August 7, 2017<br>Time:        2:30 p.m.<br>Courtroom: 3D<br>Judge:       Hon. Michael M. Anello |

TO:    Plaintiff, through his attorney of record, Jamahl C. Kersey:

        Please take notice that Defendant Corrections Corporation of America (hereafter "CoreCivic")[1] brings this Motion to Dismiss for dismissal of all causes of action brought under the Fourth and Fifth Amendments to the United States Constitution, as well as a California state law claim for false imprisonment,

_____

        [1] Corrections Corporation of America is now CoreCivic.

Notice of Motion/Motion to Dismiss                                    17cv00554-MMA-AGS

1  pursuant to Fed. R. Civ. P. 12(b)(6), for Plaintiff's failure to file his Complaint

2  within the applicable Statute of Limitations and for failure to state plausible claims,

3  such motion to be heard on August 7, 2017, 2:30 p.m., before the Honorable

4  Michael M. Anello, Courtroom 3D.

5        The motion is based upon the files and records of this case and the

6  accompanying Memorandum of Points and Authorities.

7        DATED this 29th day of June, 2017.

8

9

10                                    By    s/ Daniel P. Struck
                                         Daniel P. Struck
11                                       Struck Wieneke & Love, PLC
                                         dstruck@swlfirm.com
12
                                         Ethan H. Nelson
13                                       Law Office of Ethan H. Nelson
                                         ethannelsonesq@gmail.com
14
                                         Attorneys for Defendant CoreCivic
15
    3354936.1
16

17

18

19

20

21

22

23

24

25

26

27

28