STRUCK WIENEKE & LOVE, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@swlfirm.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
ethannelsonesq@gmail.com

Attorneys for Defendant CoreCivic

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jemy Attallah,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, acting through its agencies; Customs and Border Protection; Doe Officers 1 through 20; inclusive; Immigration and Customs Enforcement; Doe Agents 1 to 20, inclusive; and Corrections Corporation of America, Inc., a Maryland corporation,<br><br>Defendants. | NO. 3:17-cv-00554-MMA-AGS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         August 7, 2017<br>Time:        2:30 p.m.<br>Courtroom: 3D<br>Judge:       Hon. Michael M. Anello |

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action. My business address is I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action. My business address is the Struck Wieneke & Love, PLC, 3100 West Ray Road, Suite 300, Chandler, Arizona 85226. On June 29, 2017, I served the following document(s):

Certificate of Service                                                                              17cv00554-MMA-AGS

**DEFENDANT CORECIVIC'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; and this CERTIFICATE OF SERVICE**

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by CM/ECF to be posted to the website and notice given to all parties that the document(s) has been served.

The Law Office of Jamahl C. Kersey, Esq
Jamahl C. Kersey, Esq.
427 C. Street, Suite 313
San Diego, CA 92101
(619) 399-3662
Fax: (888) 765-5894
Email: jamahl@kerseylawoffice.com

Attorney for Plaintiff

US Attorneys' Office Southern District of California
Civil Division
880 Front Street, Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)557-7122
Email: Efile.dkt.civ@usdoj.gov

Attorney for Defendants United States of America, Customs and Border Protection and Immigration and Customs Enforcement

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 29, 2017, at Chandler, Arizona.

By    s/ Daniel P. Struck
      Daniel P. Struck
      Struck Wieneke & Love, PLC
      dstruck@swlfirm.com

      Ethan H. Nelson
      Law Office of Ethan H. Nelson
      ethannelsonesq@gmail.com

      Attorneys for Defendant CoreCivic