1

ALANA W. ROBINSON
Acting United States Attorney

2

ERNEST CORDERO, JR.
Assistant U.S. Attorney

3

Cal. State Bar No. 131865
Office of the U.S. Attorney

4

880 Front Street, Room 6293
San Diego, CA 92101-8893

5

Telephone: (619) 546-7478
Facsimile: (619) 546-7751

6

Email: ernest.cordero@usdoj.gov

7

8

Attorneys for Federal Defendants[1]

9

10

UNITED STATES DISTRICT COURT

11

SOUTHERN DISTRICT OF CALIFORNIA

12

13

JEMY ATTALLAH,

Case No.: 17cv0554-MMA (AGS)

14

Plaintiff,

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

15

v.

16

UNITED STATES OF AMERICA, et al.,

17

Defendants.

**DATE**:   November 13, 2017
**TIME**:    2:30 p.m.
**CTRM**:  3D

18

[NO ORAL ARGUMENT REQUESTED]

19

Hon. Michael M. Anello

20

21

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**

22

**PLEASE TAKE NOTICE** that on November 13, 2017 at 2:30 p.m., or as soon

23

thereafter as counsel may be heard, in Courtroom 3D of the Honorable Michael M. Anello,

24

the Federal Defendants, through their attorneys of record, Alan W. Robinson, Acting United

25

States Attorney, and Ernest Cordero, Jr., Assistant U.S. Attorney, will, and now do, bring

26

27

[1] The "Federal Defendants" refer to Defendants United States of America, U.S. Customs

28

and Border Protection, Immigration and Customs Enforcement, and unnamed individual
DOE federal law enforcement agents (collectively, "Federal Defendants").

17cv0554

their Motion to Dismiss Complaint.  The motion will be brought pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.  This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the files and records of this case.

Dated:  September 25, 2017                    Respectfully submitted,

                                             ALANA W. ROBINSON
                                             Acting United States Attorney

                                             */s/ Ernest Cordero, Jr.*
                                             ERNEST CORDERO, JR.
                                             Assistant U.S. Attorney

                                             Attorneys for Federal Defendants

17cv0554