ALANA W. ROBINSON
Acting United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMY ATTALLAH,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | Case No.:  17cv0554-MMA (AGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, ERNEST CORDERO, JR., am a citizen of the United States and at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

by electronically serving same on all counsel for all parties who have made an appearance in the above-referenced case and are registered on the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2017.

*/s/ Ernest Cordero, Jr.*
ERNEST CORDERO, JR.